United States District Court
Northern District of California

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DION MARLIN NICHOLS,

    Defendant.

Case No.: CR 13-70492-MAG (KAW)

DETENTION ORDER

## I. DETENTION ORDER

Defendant Dion Marlin Nichols is charged by complaint with one violation of 18 U.S.C. § 2252(a)(4)(B) (possession of child pornography). At the May 15, 2013 detention hearing before this Court, Defendant was in custody and represented by Assistant Federal Public Defender Jerome Matthews. Assistant United States Attorney Rodney Villazor appeared on behalf of the United States. After the Government's proffer, Defendant stipulated to detention and waived the Court's written findings of fact and a written statement of the reasons for detention. *See* 18 U.S.C. § 3142(i)(1).

## II. CONCLUSION

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable

opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: May 15, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge